Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 4 _____ 20 25

_____ Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NOE ZIRANDA-BARRIGA,<br><br>RAMON AGUILERA-AMBRIZ, and<br><br>THANIA ALBARRAN VILLA,<br><br>Defendants. | NO. **CR 25-5135 DGE**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute a Controlled Substance)

Beginning at a time unknown, and continuing until at least May 18, 2025, in Mason County, within the Western District of Washington, and elsewhere, NOE ZIRANDA-BARRIGA, RAMON AGUILERA-AMBRIZ, and THANIA ALBARRAN VILLA, and others known and unknown, did knowingly and intentionally conspire to distribute a controlled substance, including methamphetamine, a substance controlled under Title 21, United States Code.

Indictment - 1
*United States v. Ziranda-Barriga, et al.*
USAO No. 2025R00406

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

The Grand Jury further alleges that with respect to NOE ZIRANDA-BARRIGA, RAMON AGUILERA-AMBRIZ, and THANIA ALBARRAN VILLA, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1), and 846.

## COUNT 2

### (Possession with Intent to Distribute a Controlled Substance)

On or about May 18, 2025, in Mason County, within the Western District of Washington, and elsewhere, NOE ZIRANDA-BARRIGA, RAMON AGUILERA-AMBRIZ, and THANIA ALBARRAN VILLA, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3

### (Alien in Possession of a Firearm)

On or about May 18, 2025, in Mason County, within the Western District of Washington, and elsewhere, NOE ZIRANDA-BARRIGA, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and

Indictment - 2
*United States v. Ziranda-Barriga, et al.*
USAO No. 2025R00406

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

ammunition, that is, a Ruger 9mm P85 pistol and a Remington .22 caliber rifle, that have been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either offense alleged in Counts 1 and 2, NOE ZIRANDA-BARRIGA, RAMON AGUILERA-AMBRIZ, and THANIA ALBARRAN VILLA, shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds such defendant obtained, directly or indirectly, as the result of the offense, and any of the person's property used, or intended to be used to commit, or to facilitate the commission of, such offense. Such property includes, but is not limited to, the following property seized on or about May 18, 2025:

    a.    approximately $1,290.00 in United States currency;

    b.    one Ruger P85 9mm pistol S/N: 301-83603;

    c.    one Remington .22 caliber rifle, model 851, S/N: 19220; and

    d.    any associated firearm accessories, magazines, and ammunition.

Upon conviction of the offense alleged in Count 3, NOE ZIRANDA-BARRIGA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the defendant's commission of such offense. Such property includes, but is not limited to, the following property seized on or about May 18, 2025:

    a.    one Ruger P85 9mm pistol S/N: 301-83603; and

    b.    any associated ammunition.

//

//

Indictment - 3
*United States v. Ziranda-Barriga, et al.*
USAO No. 2025R00406

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or,

      e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendants, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 6/4/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
VINCE LOMBARDI
Assistant United States Attorney

_____
SANAA NAGI
Assistant United States Attorney

Indictment - 4
*United States v. Ziranda-Barriga, et al.*
USAO No. 2025R00406

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970